AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 09.-628M |
| SHANE HENNEN | ) | |
| | ) | [UNDER SEAL] |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  12/02/2009  in the county of  Washington  in the  Western  District of  Pennsylvania , the defendant violated  21  U. S. C. §  841(a)(1) , an offense described as follows:

knowingly and unlawfully possession with intent to distribute and distribution of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Melissa Cobb
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec 3, 2009

*Judge's signature*

City and state:   Pittsburgh, PA

Robert C. Mitchell, U.S. Magistrate Judge
*Printed name and title*